# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK SLOBIG, et al.,

        Plaintiff(s),

v.

ERIK GANTZ, et al.,

        Defendant(s).

Case No. 2:16-cv-02876-RFB-NJK

**ORDER**

On December 6, 2016, the claims against Defendants Gantz and Seed Consulting were severed and transferred to this District. Docket No. 111. Since that time, no further action has been taken in this case. The parties are therefore **ORDERED** to file a joint status report by July 6, 2017.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE