# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK SLOBIG, et al., )
                Plaintiff(s), )  Case No. 2:16-cv-02876-RFB-NJK
v. ) **ORDER**
ERIK GANTZ, et al., )
                Defendant(s). )

On December 6, 2016, the claims against Defendants Gantz and Seed Consulting were severed and transferred to this District. Docket No. 111. That order further indicated that Defendants could renew their motion to dismiss after transfer to this District. *Id.* at 2. To date, no such motion has been filed. Nonetheless, Defendants indicate in a joint status report that they intend to file such a motion. Docket No. 116 at 5. Without expressing any opinion herein, the Court **ORDERS** Defendants to file any such motion by July 20, 2017.

Plaintiffs also reference filing a motion regarding service on Defendant Aragon, *see* Docket No. 116 at 5, but it is not clear from the docket that such a motion should be filed in this Court, *see* Docket No. 111 (severing and transferring the claims only against Mr. Gantz and Seed Consulting). To the extent Plaintiffs believe this Court is the proper forum for such a motion, the Court **ORDERS** Plaintiffs to file such motion explaining why that is so by July 20, 2017.

//

//

The Court further **ORDERS** the parties to file a joint proposed discovery plan by August 4, 2017.

IT IS SO ORDERED.

Dated: July 6, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE