**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crenka@maclaw.com
Attorneys for Defendants Seed
Consulting, LLC and Erik Gantz

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK SLOBIG and JUDY SLOBIG,<br><br>Plaintiffs,<br><br>vs.<br><br>SEED CONSULTING, LLC, ERIK GANTZ, KARI ARAGON,<br><br>Defendants. | Case Number:<br>2:16-cv-02876-RFB-NJK<br><br>**DEFENDANTS SEED CONSULTING, LLC AND ERIK GANTZ'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendants Seed Consulting, LLC and Erik Gantz, by and through their counsel of record, Terry A. Coffing and Candice E. Renka, Esq., of the law firm of Marquis Aurbach Coffing, hereby respectfully request the removal of T. Jake Hinkins, Esq. from the CM/ECF Service List because Mr. Hinkins only served as local counsel in Utah when the case was pending before the Utah federal court. Since the Utah federal court transferred the matter to this Court, Mr. Hinkins is no longer serving as counsel in this matter.

/ / /

/ / /

/ / /

Accordingly, the undersigned counsel request for this Court to remove T. Jake Hinkins, Esq. from the CM/ECF service list in this matter 2:16-cv-02876-RFB-NJK.

Dated this 9th day of August, 2017.

MARQUIS AURBACH COFFING

By  /s/ Candice E. Renka, Esq.
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Seed
Consulting, LLC and Erik Gantz

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2017