ROBERT GLENNEN
NEVADA BAR NO. 2143
601 S. 10TH ST.
LAS VEGAS, NV 89101

MARK T. LAVERY, ESQ. (PRO HAC VICE)
IL BAR NO. 6271291
LANGONE, BATSON & LAVERY, LLC
17 N. WABASH AVE., STE 500
**CHICAGO, IL 60602**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK SLOBIG and JUDY SLOBIG,<br><br>                  Plaintiffs,<br><br>vs.<br><br>SEED CONSULTING, LLC, ,<br><br>                  Defendant. | Case Number: 2:16-cv-02876-RFB-NJK<br>Hon. Richard F. Boulware, II<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

      Plaintiffs, Frank Slobig and Judy Slobig, and Defendant, Seed Consulting, LLC, hereby respectfully submit this stipulation and order to extend time. There have been no previous extensions granted and state the reasons for the extension requested. Defendant Seed filed a Motion to Dismiss First Amended Complaint on September 8, 2017 (ECF No. 136). Plaintiffs' response was due on September 22, 2017. Plaintiffs unintentionally failed to file a response. The failure to act was the result of excusable neglect was due to a docketing error. This is the first request for an extension. Plaintiffs seek until October 6, 2017 to file the brief.

IT IS SO STIPULATED.

Dated this 5th day of October, 2017.  Dated this 5th day of October, 2017.

ROBERT E GLENNEN III PC  MARQUIS AURBACH COFFING

By: */s/ Robert Glennen, Esq.*  By: */s/ Candice E. Renka, Esq.*
    Robert Glennen, Esq.      Terry A. Coffing, Esq.
    Nevada Bar No. 2143      Nevada Bar No. 4949
    601 S. 10th St.      Candice E. Renka, Esq.
    Las Vegas, Nevada 89101      Nevada Bar No. 11447
        10001 Park Run Drive
    Mark T. Lavery, Esq. *(Pro Hac Vice)*      Las Vegas, Nevada 89145
    IL Bar No. 6271291
    Langone, Batson & Lavery, LLC      *Attorneys for Defendants Erik Gantz*
    17 N. Wabash Ave., Ste 500      *and Seed Consulting, LLC*
    Chicago, Illinois 60602

*Attorneys for Plaintiffs Frank Slobig and Judy Slobig*

## **ORDER**

It is hereby ordered that pursuant to the foregoing Stipulation, Plaintiffs shall have until October 6, 2017 to file their brief in response to Defendant Seed Consulting, LLC's Motion to Dismiss First Amended Complaint (ECF No. 136).

                IT IS SO ORDERED:

                _____
                RICHARD F. BOULWARE, II
                United States District Judge

                DATED this 11th day of October, 2017.