**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crenka@maclaw.com
*Attorneys for Defendant Seed Consulting, LLC*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| FRANK SLOBIG and JUDY SLOBIG,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEED CONSULTING, LLC,<br><br>    Defendant. | Case Number:<br>2:16-cv-02876-RFB-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs Frank Slobig and Judy Slobig ("Plaintiffs"), by and through their counsel of record, and Defendant Seed Consulting, LLC ("Defendant"), by and through its counsel of record, hereby respectfully stipulate as follows:

1. Pursuant to a Settlement Agreement and Release dated February 20, 2018, the Parties hereby agree to dismiss this case with prejudice;

2. All upcoming deadlines should be vacated; and

3. All Parties shall bear their own attorney fees and costs.

/ / /

/ / /

/ / /

MAC:13781-021 3306503_1 3/22/2018 1:00 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Dated this 22nd day of March, 2018

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
    Terry A. Coffing, Esq.
    Nevada Bar No. 4949
    Candice E. Renka, Esq.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, Nevada 89145

*Attorneys for Defendant Seed Consulting, LLC*

Dated this 22nd day of March, 2018

**ROBERT E GLENNEN III PC**

By: */s/ Robert Glennen, Esq.*
    Robert Glennen, Esq.
    Nevada Bar No. 2143
    601 S. 10th St.
    Las Vegas, Nevada 89101

    Mark T. Lavery, Esq. (Pro Hac Vice)
    IL Bar No. 6271291
    Langone, Batson & Lavery, LLC
    17 N. Wabash Ave., Ste 500
    Chicago, Illinois 60602

*Attorneys for Plaintiffs Frank Slobig and Judy Slobig*

## ORDER

IT IS HEREBY ORDERED that in accordance with the above stipulation:

1. This instant case is hereby DISMISSED with prejudice;

2. All remaining deadlines are hereby VACATED; and

3. All Parties shall bear their own attorney fees and costs.

IT IS SO ORDERED this _____ day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: March 26, 2018.

MARQUIS AURBACH COFFING

By */s/ Candice E. Renka, Esq.*
    Terry A. Coffing, Esq.
    Nevada Bar No. 4949
    Candice E. Renka, Esq.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, Nevada 89145
*Attorney(s) for Defendant Seed Consulting, LLCDefendant Seed Consulting, LLC*

MAC:13781-021 3306503_1 3/22/2018 1:00 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of March, 2018.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michelle Monkarsh*
M. Monkarsh, an employee of Marquis Aurbach Coffing

MAC:13781-021 3306503_1 3/22/2018 1:00 PM